IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>KARUN US INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-00198-RAL |

**JOINT NOTICE OF SETTLEMENT**

NOW THIS 14th DAY OF SEPTEMEBER, 2022, all matters herein have been settled as between Plaintiff Anthony Hammond Murphy ("Plaintiff") and Defendant Karun US, Inc., ("Defendant") and the Parties hereby submit this Joint Notice of Settlement as follows :

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, Plaintiff will file a Notice of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by October 15, 2022, and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted,

*/s/Lawrence H. Fisher*
Lawrence H. Fisher (PA ID No. 67667)
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. 412.577.4040
lawfirst@lawrencefisher.com

*/s/ Richard M. Weibley*
Richard M. Weibley (PA ID No. 90958)
Blank Rome LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Telephone: 412.932.2724
rweibley@blankrome.com

*Attorneys for Plaintiff Anthony Hammond Murphy*     *Attorneys for Defendant Karun US Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.



*/s/ Richard M. Weibley*